## United States Bankruptcy Court
### Southern District of Florida

In re   **Armando Mohedano** _____   Case No. _____
                              Debtor(s)                    Chapter    **13**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
  Explain: _____

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
  Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

| /s/ Armando Mohedano | Date: | **January 28, 2021** |
|---|---|---|
| **Armando Mohedano** | | |
| Signature of Attorney or Debtor | | |

BOARD OF COUNTY COMMISSIONERS  MIAMI-DADE COUNTY MIAMI, FLORIDA.

DEPT-DIV-LOC: 064-06-001

THIS STATEMENT REPRESENTS THE AMOUNT DUE YOU FOR SERVICES PERFORMED AS SHOWN BY PAYROLL ON FILE IN THE CLERK'S OFFICE.

| EMP. ID# e214930 | INDEX: SP420SECUR2 | REF. NUMBER: 9891607 | PAY DATE: 12/04/2020 |
|---|---|---|---|
| NAME: MOHEDANO, ARMANDO | | HOURLY RATE: 32.05350 | PERIOD ENDING: 11/29/2020 |
| PAY EXCEPTIONS: 3C HS | | | |
| PAY KIND: REGULAR PAY | | PAY ANNIV DATE: 07/17/2017 | STATUS DATE: 01/26/2009 |
| REGULAR HOURS: 80.000 | REGULAR PAY: 2,564.28 | OVERTIME HOURS: 0.000 | OVERTIME PAY: 0.00 |

| MONEY ADJUSTMENT DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CORRECTION | 0.00 | -12.53 | MINN. LIFE | 0.00 | 0.00 | | | |
| NIGHT DIFF | 0.00 | -0.85 | HMOADV PRE | 75.00 | 975.00 | | | |
| RETRO O/T | 0.00 | 1,107.35 | MINOPT (4X | 20.80 | 511.50 | | | |
| RETRO REG | 0.00 | 1,039.18 | DELTAPPO P | 5.46 | 70.98 | | | |
| HOLIDAY PA | 641.07 | 1,594.26 | METLF PRE | 2.30 | 57.50 | | | |
| O/T STRAIG | 0.00 | 263.49 | STD LOW OP | 7.30 | 182.50 | | | |
| FLEX CREDI | 43.46 | 1,086.50 | LTD LOW OP | 7.97 | 199.25 | | | |
| | | | ICMA DEF I | 90.00 | 1,810.00 | | | |
| | | | NACO DEF I | 50.00 | 1,250.00 | | | |
| | | | CR UNION | 260.00 | 6,369.16 | | | |
| | | | GEN'L DUES | 22.00 | 550.00 | | | |
| | | | ADVHMO SPE | 0.00 | 1,041.75 | | | |
| | | | DELTAPPO S | 0.00 | 286.68 | | | |
| | | | AVMHI SPC | 0.00 | 1,458.45 | | | |
| | | | DED SUBTOTALS | | | | 540.83 | 14,762.77 |
| | | | DIR DEP FIX AMT | | | | 0.00 | 0.00 |
| | | | DED TOTALS | | | | 540.83 | 14,762.77 |



LEAVE INFORMATION

| | | | | | | | SPECIAL SICK LEAVE | | 0.000 |
|---|---|---|---|---|---|---|---|---|---|
| LONGEVITY YR | 14 | PAY PERIOD | 06 | | BEGIN BAL | + EARNED | - USED | = | CURRENT BAL |
| MIL. ACTIVE | 00 | EXCESS ANNL | 0.000 | ANNL | 228.250 | 18.000 | 0.750 | | 245.500 |
| MIL. RESERVE | 00 | EXCESS SICK | 0.000 | SICK | 306.000 | 22.000 | 0.000 | | 328.000 |
| BIRTHDAY HOL | U | SICK EMERG | 0.000 | HOL | 49.750 | 10.000 | 0.000 | | 59.750 |
| FLOATING HOL | 0 | FUNRL EMERG | 0.000 | COMP | 0.000 | 0.000 | 0.000 | | 0.000 |

| MONEY ADJ TOTALS | 684.53 | 5,077.40 | TAXES | | | | RETIREMENT | |
|---|---|---|---|---|---|---|---|---|
| IMPUTED INCOME DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | MARITAL STATUS  S  TAX EXMPT  00  ADDL AMT | | 0.00 | RETIREMENT KIND | 13 | |
| | | | WITH CURRENT TAX | 458.08 | WITH YTD TAX | 11,553.34 | EE%  3.00  ER% | 10.00 |
| | | | FICA CURRENT TAX | 196.40 | FICA YTD TAX | 4,871.26 | EE RET CONTRB | 96.16 |
| DP/OAC IMP | 0.00 | 3,602.52 | MICA CURRENT TAX | 45.93 | MICA YTD TAX | 1,139.27 | ER RET CONTRB | 320.54 |
| LIFE INSUR | 1.77 | 42.31 | GROSS TO NET | | | | | |
| | | | REGULAR + | OVERTIME + | MONEY ADJ. - | DEDS + EE RET - | TAXES = | NET PAY DIR |
| | | | 2,564.28 | 0.00 | 684.53 | 636.99 | 700.41 | 1,911.41 |
| IMPUTED TOTALS | 1.77 | 3,644.83 | GROSS PAY | | 3,248.81 | YTD GROSS PAY | | 76,992.81 |



Please consider the environment before printing your paystub

**Mission Statement:** *"Delivering excellent public services that address our community's needs and enhance our quality of life, now and in the future."*

12/4 & 12/16 HISTORIC HOLIDAY EVENING STROLLS AT DEERING ESTATE

REPORT FRAUD, WASTE AND ABUSE TO THE INSPECTOR GENERAL 305-579-2593

BOARD OF COUNTY COMMISSIONERS  MIAMI-DADE COUNTY MIAMI, FLORIDA.

DEPT-DIV-LOC: 064-06-001

THIS STATEMENT REPRESENTS THE AMOUNT DUE YOU FOR SERVICES PERFORMED AS SHOWN BY PAYROLL ON FILE IN THE CLERK'S OFFICE.

| | | |
|---|---|---|
| EMP. ID# e214930 | INDEX: SP420SECUR2 | REF. NUMBER: 9862354 | PAY DATE: 11/20/2020 |
| NAME: MOHEDANO, ARMANDO | | HOURLY RATE: 32.05350 | PERIOD ENDING: 11/15/2020 |
| PAY EXCEPTIONS: 3C HS | | | |
| PAY KIND: REGULAR PAY | | PAY ANNIV DATE: 07/17/2017 | STATUS DATE: 01/26/2009 |
| REGULAR HOURS: 80.000 | REGULAR PAY: 2,564.28 | OVERTIME HOURS: 0.000 | OVERTIME PAY: 0.00 |

| MONEY ADJUSTMENT DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CORRECTION | 0.00 | -12.53 | MINN. LIFE | 0.00 | 0.00 | | | |
| NIGHT DIFF | 0.00 | -0.85 | HMOADV PRE | 75.00 | 900.00 | | | |
| RETRO O/T | 0.00 | 1,107.35 | MINOPT (4X | 20.80 | 490.70 | | | |
| RETRO REG | 0.00 | 1,039.18 | DELTAPPO P | 5.46 | 65.52 | | | |
| HOLIDAY PA | 320.54 | 953.19 | METLF PRE | 2.30 | 55.20 | | | |
| O/T STRAIG | 0.00 | 263.49 | STD LOW OP | 7.30 | 175.20 | | | |
| FLEX CREDI | 43.46 | 1,043.04 | LTD LOW OP | 7.97 | 191.28 | | | |
| | | | ICMA DEF I | 90.00 | 1,720.00 | | | |
| | | | NACO DEF I | 50.00 | 1,200.00 | | | |
| | | | CR UNION | 260.00 | 6,109.16 | | | |
| | | | GEN'L DUES | 22.00 | 528.00 | | | |
| | | | ADVHMO SPE | 0.00 | 1,041.75 | | | |
| | | | DELTAPPO S | 0.00 | 286.68 | | | |
| | | | AVMHI SPC | 0.00 | 1,458.45 | | | |
| | | | | | | DED SUBTOTALS | 540.83 | 14,221.94 |
| | | | | | | DIR DEP FIX AMT | 0.00 | 0.00 |
| | | | | | | DED TOTALS | 540.83 | 14,221.94 |



Please consider the environment before printing your paystub



LEAVE INFORMATION

| | | | | | | | SPECIAL SICK LEAVE | | | 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|
| LONGEVITY YR | 14 | PAY PERIOD | 05 | | BEGIN BAL | + | EARNED | - | USED | = | CURRENT BAL |
| MIL. ACTIVE | 00 | EXCESS ANNL | 0.000 | ANNL | 228.250 | | 15.000 | | 0.500 | | 242.750 |
| MIL. RESERVE | 00 | EXCESS SICK | 0.000 | SICK | 306.000 | | 18.000 | | 0.000 | | 324.000 |
| BIRTHDAY HOL | U | SICK EMERG | 0.000 | HOL | 49.750 | | 10.000 | | 0.000 | | 59.750 |
| FLOATING HOL | 0 | FUNRL EMERG | 0.000 | COMP | 0.000 | | 0.000 | | 0.000 | | 0.000 |

| MONEY ADJ TOTALS | 364.00 | 4,392.87 | TAXES | | | | RETIREMENT | | |
|---|---|---|---|---|---|---|---|---|---|
| IMPUTED INCOME DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | MARITAL STATUS | S | TAX EXMPT | 00 | ADDL AMT | 0.00 | RETIREMENT KIND | 13 |
| | | | WITH CURRENT TAX | 389.68 | WITH YTD TAX | 11,095.26 | EE% | 3.00 | ER% | 10.00 |
| | | | FICA CURRENT TAX | 176.53 | FICA YTD TAX | 4,674.86 | EE RET CONTRB | | 86.54 |
| DP/OAC IMP | 0.00 | 3,602.52 | MICA CURRENT TAX | 41.29 | MICA YTD TAX | 1,093.34 | ER RET CONTRB | | 288.48 |
| LIFE INSUR | 1.77 | 40.54 | GROSS TO NET | | | | | | |
| | | | REGULAR | + | OVERTIME | + | MONEY ADJ. | - | DEDS + EE RET | - | TAXES | = | NET PAY DIR |
| | | | 2,564.28 | | 0.00 | | 364.00 | | 627.37 | | 607.50 | | 1,693.41 |
| IMPUTED TOTALS | 1.77 | 3,643.06 | GROSS PAY | | | 2,928.28 | YTD GROSS PAY | | 73,744.00 |

**Mission Statement:** *"Delivering excellent public services that address our community's needs and enhance our quality of life, now and in the future."*

REPORT FRAUD, WASTE AND ABUSE TO THE INSPECTOR GENERAL 305-579-2593

11/27-1/8 HISTORIC HOLIDAY DECOR AT DEERING ESTATE DEERINGESTATE.ORG

BOARD OF COUNTY COMMISSIONERS  MIAMI-DADE COUNTY MIAMI, FLORIDA.

DEPT-DIV-LOC: 064-06-001

THIS STATEMENT REPRESENTS THE AMOUNT DUE YOU FOR SERVICES PERFORMED AS SHOWN BY PAYROLL ON FILE IN THE CLERK'S OFFICE.

EMP. ID# e214930   INDEX: SP420SECUR2   REF. NUMBER: 9831337   PAY DATE: 11/06/2020

NAME: MOHEDANO, ARMANDO   HOURLY RATE: 32.05350   PERIOD ENDING: 11/01/2020

PAY EXCEPTIONS: 3C HS

PAY KIND: REGULAR PAY   PAY ANNIV DATE: 07/17/2017   STATUS DATE: 01/26/2009

REGULAR HOURS: 80.000   REGULAR PAY: 2,564.28   OVERTIME HOURS: 0.000   OVERTIME PAY: 0.00

| MONEY ADJUSTMENT DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CORRECTION | 0.00 | -12.53 | MINN. LIFE | 0.00 | 0.00 | | | |
| NIGHT DIFF | 0.00 | -0.85 | HMOADV PRE | 75.00 | 825.00 | | | |
| RETRO O/T | 0.00 | 1,107.35 | MINOPT (4X | 20.80 | 469.90 | | | |
| RETRO REG | 0.00 | 1,039.18 | DELTAPPO P | 5.46 | 60.06 | | | |
| HOLIDAY PA | 0.00 | 632.65 | METLF PRE | 2.30 | 52.90 | | | |
| O/T STRAIG | 0.00 | 263.49 | STD LOW OP | 7.30 | 167.90 | | | |
| FLEX CREDI | 43.46 | 999.58 | LTD LOW OP | 7.97 | 183.31 | | | |
| | | | ICMA DEF I | 90.00 | 1,630.00 | | | |
| | | | NACO DEF I | 50.00 | 1,150.00 | | | |
| | | | CR UNION | 260.00 | 5,849.16 | | | |
| | | | GEN'L DUES | 22.00 | 506.00 | | | |
| | | | ADVHMO SPE | 0.00 | 1,041.75 | | | |
| | | | DELTAPPO S | 0.00 | 286.68 | | | |
| | | | AVMHI SPC | 0.00 | 1,458.45 | | | |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| DED SUBTOTALS | 540.83 | 13,681.11 |
| DIR DEP FIX AMT | 0.00 | 0.00 |
| DED TOTALS | 540.83 | 13,681.11 |

LEAVE INFORMATION

SPECIAL SICK LEAVE   0.000

| | | | | | | | BEGIN BAL | + | EARNED | - | USED | = | CURRENT BAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LONGEVITY YR | 14 | PAY PERIOD | 04 | | | | | | | | | | |
| MIL. ACTIVE | 00 | EXCESS ANNL | 0.000 | ANNL | | | 228.250 | | 12.000 | | 0.250 | | 240.000 |
| MIL. RESERVE | 00 | EXCESS SICK | 0.000 | SICK | | | 306.000 | | 15.000 | | 0.000 | | 321.000 |
| BIRTHDAY HOL | A | SICK EMERG | 0.000 | HOL | | | 49.750 | | 10.000 | | 0.000 | | 59.750 |
| FLOATING HOL | 0 | FUNRL EMERG | 0.000 | COMP | | | 0.000 | | 0.000 | | 0.000 | | 0.000 |

| MONEY ADJ TOTALS | 43.46 | 4,028.87 |
|---|---|---|

TAXES

| MARITAL STATUS | S | TAX EXMPT | 00 | ADDL AMT | 0.00 |
|---|---|---|---|---|---|
| WITH CURRENT TAX | | 321.27 | WITH YTD TAX | | 10,705.58 |
| FICA CURRENT TAX | | 156.66 | FICA YTD TAX | | 4,498.33 |
| MICA CURRENT TAX | | 36.64 | MICA YTD TAX | | 1,052.05 |

RETIREMENT

| RETIREMENT KIND | 13 |
|---|---|
| EE% | 3.00 | ER% | 10.00 |
| EE RET CONTRB | 76.93 |
| ER RET CONTRB | 256.43 |

| IMPUTED INCOME DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| DP/OAC IMP | 0.00 | 3,602.52 |
| LIFE INSUR | 1.77 | 38.77 |
| IMPUTED TOTALS | 1.77 | 3,641.29 |

GROSS TO NET

| REGULAR | + | OVERTIME | + | MONEY ADJ. | - | DEDS + EE RET | - | TAXES | = | NET PAY DIR |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,564.28 | | 0.00 | | 43.46 | | 617.76 | | 514.57 | | 1,475.41 |

| GROSS PAY | 2,607.74 | YTD GROSS PAY | 70,815.72 |
|---|---|---|---|



Please consider the environment before printing your paystub



**Mission Statement:** *"Delivering excellent public services that address our community's needs and enhance our quality of life, now and in the future."*

11/8 VINTAGE AUTO SHOW AT DEERING ESTATE WWW.DEERINGESTATE.ORG

REPORT FRAUD, WASTE AND ABUSE TO THE INSPECTOR GENERAL 305-579-2615