UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No.: 21-10748-AJC

    Armando Mohedano
            Debtor(s).                          Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of the Hyundai Motor Finance and Notice of Hearing was sent to all parties on the attached service list on May 18, 2021.

Electronically & Mailed: Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027

First Class Mail:

Debtor(s), Armando Mohedano;
856 W 39th Place
Hialeah, FL 33012-7241

Hyundai Motor Finance
PO Box 20829
Fountain Valley, CA 92728-0829

Hyundai Lease Titling Trust
c/o Keiko Jackson, BK Analyst
PO Box 20809
Fountain Valley, CA 92728

HYUNDAI LEASE TITLING TRUST
10550 TALBERT AVENUE
FOUNTAIN VALLEY, CA 92708

HYUNDAI LEASE TITLING TRUST
NRAI SERVICES, INC, R.A.
1200 South Pine Island Road
Plantation, FL 33324

HYUNDAI LEASE TITLING TRUST
U.S. BANK TRUST NATIONAL ASSOCIATION
209 SOUTH LASALLE STREET, SUITE 300
CHICAGO, IL 60604

Hyundai Motor Finance Company
c/o Williams, Ross C., CEO
3161 MICHELSON DRIVE, SUITE 1900
IRVINE, CA 92612

Respectfully Submitted:
/s/ Jose A. Blanco, Esq.
**JOSE A. BLANCO, P.A.**
355 West 49th Street
Hialeah, FL 33012
Fl. Bar No. 062449
Telephone: (305) 349-3463
E-Mail: jose@blancopa.com