

ORDERED in the Southern District of Florida on September 2, 2021.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:  Armando Mohedano             Case No.: 21-10748-AJC
                                     Chapter 13
            Debtor(s)       /

### ORDER GRANTING APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

**THIS APPLICATION** came to be heard on the court's consent calendar on August 31, 2021 at 9:00 AM  upon the Debtors' Counsel's Application for Compensation for Professional Services or Reimbursement of Expenses (herein the "Application") [ECF#55], and based upon the record, it is
**ORDERED**:
1. The Application is GRANTED.
2. The Debtor's Counsel, Jose A. Blanco, Esq. of Jose A. Blanco, P.A., is awarded the sum of $6,000.00 in attorney's fees and costs in the amount of $0.00 for a total of $6,000.00 for the period sought in the Application. The balance due of $4,500.00 is to be paid pursuant to the Debtor's Chapter 13 Plan.
# # #
Jose A. Blanco, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.
Respectfully Submitted By:
Jose A. Blanco, Esq. | FBN#0442161
JOSE A. BLANCO, P.A.
355 W 49th Street
Hialeah, FL 33012
Tel. (305) 349-3463