**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

IN RE:      Armando Mohedano                    Case No. 21-10748-AJC
                                                Chapter 13
Debtor(s).
_____/

### MOTION TO ALLOW DEBTOR TO INCUR NEW DEBT

**COMES NOW** the Debtor, Armando Mohedano, by and through the undersigned counsel, and files this Motion to Allow Debtor to Incur New Debt and states:

1. The Debtor is before this Honorable Court by virtue of a Chapter 13 Bankruptcy filed on January 28, 2021.

2. An Order confirming the Seventh Amended Chapter 13 Plan was entered on October 13, 2021.

3. The Debtor is leasing a 2019 Hyundai Santa Fe.

4. The Debtor wishes to purchase this same vehicle that he is currently leasing that will have a purchase price of $18,111.57[1] and the Debtor seeks to incur this amount of debt.

5. The purchase of the vehicle is necessary because this vehicle is a lease that will expire on December 31, 2021.

6. The Debtors obtained a pre-approval for financing that is attached to this motion as Exhibit "A".

7. The loan payments are estimated to be from $439.00 - $498.00 per month for 60-72 months since the Debtor will not have the ability to give a down payment.

**WHEREFORE** the Debtor prays that this Honourable Court enter an order granting and approving the Debtor's Motion to Allow Debtor to Incur New Debt and allow the Debtor to purchase, through financing, the leased vehicle.

### CERTIFICATE OF ADMISSION

---

[1] After the Pre-approval was issued, the Debtor made two payments of $399.71 each that reduces the stated Pre-approval amount of $18,910.99.

      I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: November 11, 2021

                                                  Respectfully Submitted:
                                                  **JOSE A. BLANCO, P.A.**
                                                  By: _/s/ Jose A. Blanco_ | FBN: 062449
                                                  Attorney for Debtor(s)
                                                  102 E 49th ST
                                                  Hialeah, FL 33013,
                                                  Tel. (305) 349-3463