

Salesperson: **Ariel Gonzalez**
Manager: **David White**
Customer ID #: **073742MOHARM**

**FOR INTERNAL USE ONLY**

| CUSTOMER | | |
|---|---|---|
| | Armando Mohedano | Home Phone: **(786) 546-3088** |
| Address: | 856 W 39 PLACE<br>HIALEAH, FL 33012<br>MIAMI-DADE CO | Work Phone: |
| E-Mail: | ARMANDO.856@COMCAST.NET | Cell Phone: **(786) 546-3088** |

**VEHICLE**

| Stock #: **TBA073742** | New / Used: **New** | VIN: **5NMS23ADXKH073742** | Mileage: **0** |
|---|---|---|---|
| Vehicle: **2019 Hyundai Santa Fe** | | Color: | |
| Type: **SE 2.4 (A8) 4dr Front-wheel Drive** | | | |

**TRADE IN**

| Payoff: | VIN: **5NMS23ADXKH073742** | | Mileage: **33,765** |
|---|---|---|---|
| Vehicle: **2019 Hyundai Santa Fe** | | Color: **SILVER** | |
| Type: **SE 2.4 (A8) 4dr Front-wheel Drive** | | | |

| Loan Payments | | Estimated | |
|---|---|---|---|
| Cash Down | 0 | 500 | 1,000 |
| 60 Months | 488 - 498 | 475 - 485 | 462 - 472 |
| 66 Months | 461 - 471 | 448 - 458 | 436 - 446 |
| 72 Months | 439 - 449 | 427 - 437 | 415 - 425 |
| * A.P.R. Subject to equity and credit requirements. | | | |

| | |
|---|---|
| Market Value Selling Price | 16,426.72 |
| Taxable Fees (Estimated) | 855.00 |
| Doc Fee | 189.50 |
| Tax | 1,098.27 |
| Non Tax Fees | 341.50 |
| Balance | 18,910.99 |

Customer Approval: _____    Management Approval: _____

By signing this authorization form, you certify that the above personal information is correct and accurate, and authorize the release of credit and employment information. By signing above, I provide to the dealership and its affiliates consent to communicate with me about my vehicle or any future vehicles using electronic, verbal and written communications including but not limited to eMail, text messaging, SMS, phone calls and direct mail. Terms and Conditions subject to credit approval. For Information Only. This is not an offer or contract for sale.



Date: **10/22/2021**
Salesperson: **Ariel Gonzalez**
Manager: **Willy Rodriguez**
Customer ID #: **073742MOHARM**

**FOR INTERNAL USE ONLY**

| CUSTOMER | | | |
|---|---|---|---|
| | Armando Mohedano | | Home Phone: **(786) 546-3088** |
| Address: | 856 W 39 PLACE<br>HIALEAH, FL 33012<br>MIAMI-DADE CO | | Work Phone: |
| E-Mail: | ARMANDO.856@COMCAST.NET | | Cell Phone: **(786) 546-3088** |

**VEHICLE**
Stock #: **TBA073742**   New / Used: **New**   VIN: **5NMS23ADXKH073742**   Mileage: **0**
Vehicle: **2019 Hyundai Santa Fe**   Color:
Type: **SE 2.4 (A8) 4dr Front-wheel Drive**

**TRADE IN**
Payoff:    VIN: **5NMS23ADXKH073742**    Mileage: **33,765**
Vehicle: **2019 Hyundai Santa Fe**    Color: **SILVER**
Type: **SE 2.4 (A8) 4dr Front-wheel Drive**

| | |
|---|---:|
| Market Value Selling Price | 16,426.72 |
| Doc Fee | 189.50 |
| Tire and Battery | 6.50 |
| Electronic Filing Fee | 49.50 |
| Dealer Prep | 799.00 |
| Tax | 1,098.27 |
| Lemon Law | 2.00 |
| Tag Fee | 23.00 |
| License Fee | 250.00 |
| Cash Deposit | .00 |
| Balance | 18,844.49 |

*(Handwritten: 10/31/21)*
*(Handwritten: 150.00)*

Customer Approval: _____   Management Approval: _____

By signing this authorization form, you certify that the above personal information is correct and accurate, and authorize the release of credit and employment information. By signing above, I provide to the dealership and its affiliates consent to communicate with me about my vehicle or any future vehicles using electronic, verbal and written communications including but not limited to eMail, text messaging, SMS, phone calls and direct mail. Terms and Conditions subject to credit approval. For Information Only. This is not an offer or contract for sale.