

**ORDERED in the Southern District of Florida on December 27, 2021.**

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                              Case No. 21-10748-AJC

ARMANDO MOHEDANO,                                   Chapter 13

      Debtor.                           /

### ORDER GRANTING MOTION TO ALLOW DEBTOR TO INCUR NEW DEBT

**THIS MATTER** came on to be heard on the Court's consent calendar on December 21, 2021, on the Debtor's Motion to Allow Debtor to Incur New Debt [the "Motion"; ECF #78]. For the reasons stated on the record, it is

**ORDERED as follows:**

The Motion is **GRANTED**. The Debtor is permitted to incur the new debt as described in the Motion.

# # #

The Law Office of Jose A. Blanco, P.A., is directed to serve a copy of this order to all affected parties.