Fill in this information to identify the case:

Debtor 1  Armando Mohedano
         aka Armando J Mohedano
         aka Armando Mohedano, Jr.

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of FLORIDA

Case number 21-10748-AJC

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 1898

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 3/31/2021 | (5) | $600.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Payment History 410A | 3/31/2021 | (11) | $250.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Armando Mohedano |
|---|---|
| | aka Armando J Mohedano |
| | aka Armando Mohedano, Jr. |
| | Print Name   Middle Name   Last Name |

Case number *(if known)* 21-10748-AJC

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Keith Labell
Signature

Date: April 29, 2021

Print: Keith Labell
First Name   Middle Name   Last Name

Title: Authorized Agent

Company: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address: 6409 Congress Avenue, Suite 100
Number   Street

Boca Raton, FL 33487
City   State   ZIP Code

Contact Phone: 470-321-7112

Email: klabell@raslg.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____May 14, 2021_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ARMANDO MOHEDANO
856 W 39TH PLACE
HIALEAH, FL 33012-7241

And via electronic mail to:

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL 33012

NANCY K. NEIDICH
WWW.CH13MIAMI.COM
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

By: ___/s/ Claude Kamgna_____
Claude Kamgna
email:ckamgna@raslg.com