Fill in this information to identify the case:

Debtor 1   Armando Mohedano
           aka Armando J Mohedano
           aka Armando Mohedano, Jr.

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of FLORIDA

Case number 21-10748-AJC

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges                12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 1898

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
■ Yes. Date of the last notice: 5/14/2021

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| # | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 4/21/2021 | (11) | $350.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2       Notice of Postpetition Mortgage Fees, Expenses, and Charges       page 1

Debtor 1 <u>Armando Mohedano</u>
aka <u>Armando J Mohedano</u>
aka <u>Armando Mohedano, Jr.</u>
   Print Name   Middle Name   Last Name

Case number *(if known)* <u>21-10748-AJC</u>

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ <u>/s/ Keith Labell</u>
 Signature

Date <u>July 15, 2021</u>

Print <u>Keith Labell</u>
  First Name  Middle Name  Last Name

Title <u>Authorized Agent</u>

Company <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address <u>6409 Congress Avenue, Suite 100</u>
  Number  Street

<u>Boca Raton, FL 33487</u>
City  State  ZIP Code

Contact Phone <u>470-321-7112</u>

Email <u>klabell@raslg.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Armando Mohedano
856 W 39th Place
Hialeah, FL 33012-7241

And via electronic mail to:

Jose A Blanco
Jose A. Blanco, P.A.
355 W 49 ST
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By: /s/ Esther Kudron
ekudron@raslg.com